United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 05, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| F-STAR SOCORRO, L.P., | Case No. 25-90607 (ARP) |
| Debtor. | |
| Tax I.D. No. 74-2867438 | |
| In re: | Chapter 11 |
| FIVE STAR DEVELOPMENT PROPERTIES, LLC, | Case No. 25-90608 (ARP) |
| Debtor. | |
| Tax I.D. No. 20-8442183 | |
| In re: | Chapter 11 |
| FIVE STAR DEVELOPMENT RESORT COMMUNITIES, LLC, | Case No. 25-90609 (ARP) |
| Debtor. | |
| Tax I.D. No. 35-2291282 | |
| In re: | Chapter 11 |
| FIVE STAR RESORT HOLDINGS PARENT, LLC, | Case No. 25-90610 (ARP) |
| Debtor. | |
| Tax I.D. No. N/A | |

| | | |
|---|---|---|
| In re:<br><br>FIVE STAR RESORT HOLDINGS, LLC,<br><br>Debtor.<br>Tax I.D. No. N/A | :<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 25-90611 (ARP) |
| ----------------------------------------------------------- | x | |
| In re:<br><br>FIVE STAR RESORT MEZZ, LLC,<br><br>Debtor.<br>Tax I.D. No. N/A | :<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 25-90612 (ARP) |
| ----------------------------------------------------------- | x | |
| In re:<br><br>FIVE STAR RESORT OWNER, LLC,<br><br>Debtor.<br>Tax I.D. No. 85-1454994 | :<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 25-90613 (ARP) |
| ----------------------------------------------------------- | x | |
| In re:<br><br>FIVE STAR LAND HOLDINGS PARENT, LLC,<br><br>Debtor.<br>Tax I.D. No. N/A | :<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 25-90614 (ARP) |
| ----------------------------------------------------------- | x | |
| In re:<br><br>FIVE STAR LAND HOLDINGS (AZ), LLC,<br><br>Debtor.<br>Tax I.D. No. N/A | :<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 25-90615 (ARP) |
| ----------------------------------------------------------- | x | |

| | | |
|---|---|---|
| In re:<br><br>FIVE STAR LAND MEZZ, LLC,<br><br>Debtor.<br><br>Tax I.D. No. N/A | :<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 25-90616 (ARP) |
| In re:<br><br>FIVE STAR LAND OWNER, LLC,<br><br>Debtor.<br><br>Tax I.D. No. N/A | :<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 25-90617 (ARP) |
| In re:<br><br>FSPV MEZZ C SUB LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-3005233 | :<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 25-90618 (ARP) |
| In re:<br><br>FSPV RES C, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 83-2278745 | :<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 25-90619 (ARP) |
| In re:<br><br>11751 ALAMEDA AVENUE OWNER, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-3112300 | :<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 25-90620 (ARP) |

| | |
|---|---|
| In re:<br><br>JNY BUILDING OWNER, LLC,<br><br>Debtor.<br>Tax I.D. No. 88-3826282 | Chapter 11<br><br>Case No. 25-90621 (ARP) |
| In re:<br><br>JNY II BUILDING OWNER, LLC,<br><br>Debtor.<br>Tax I.D. No. 88-3839687 | Chapter 11<br><br>Case No. 25-90622 (ARP) |
| In re:<br><br>1340 BOB HOPE DRIVE OWNER, LLC,<br><br>Debtor.<br>Tax I.D. No. 92-3134986 | Chapter 11<br><br>Case No. 25-90623 (ARP) |
| In re:<br><br>JNY, L.P.,<br><br>Debtor.<br>Tax I.D. No. 74-2973609 | Chapter 11<br><br>Case No. 25-90624 (ARP) |
| In re:<br><br>JNY II, L.P.,<br><br>Debtor.<br>Tax I.D. No. 37-1433041 | Chapter 11<br><br>Case No. 25-90625 (ARP) |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| 5 STAR TECH I, L.P., | : | Case No. 25-90626 (ARP) |
| Debtor. | : | |
| Tax I.D. No. 74-2994020 | : | |
| ------------------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| 5 STAR TECH II-1, LP, | : | Case No. 25-90627 (ARP) |
| Debtor. | : | |
| Tax I.D. No. 71-0875916 | : | |
| ------------------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| 5 STAR TECH II-4, LP, | : | Case No. 25-90628 (ARP) |
| Debtor. | : | |
| Tax I.D. No. 75-3032357 | : | |
| ------------------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| 5-STAR TECH II-2, L.P., | : | Case No. 25-90629 (ARP) |
| Debtor. | : | |
| Tax I.D. No. 33-1066602 | : | |
| ------------------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| F-STAR SOCORRO HOLDING CO., LLC, | : | Case No. 25-90630 (ARP) |
| Debtor. | : | |
| Tax I.D. No. 45-2906729 | : | |
| ------------------------------------------------------------x | | |

| | |
|---|---|
| In re:<br><br>JNY MEZZ, LLC,<br><br>Debtor.<br><br>Tax I.D. No. N/A | Chapter 11<br><br>Case No. 25-90631 (ARP) |
| In re:<br><br>JNY II MEZZ, LLC,<br><br>Debtor.<br><br>Tax I.D. No. N/A | Chapter 11<br><br>Case No. 25-90632 (ARP) |
| In re:<br><br>5 STAR TECH I GP, LLC,<br><br>Debtor.<br><br>Tax I.D. No. N/A | Chapter 11<br><br>Case No. 25-90633 (ARP) |
| In re:<br><br>5 STAR TECH II-1 GP, LLC,<br><br>Debtor.<br><br>Tax I.D. No. N/A | Chapter 11<br><br>Case No. 25-90634 (ARP) |
| In re:<br><br>5 STAR TECH II-4 GP, LLC,<br><br>Debtor.<br><br>Tax I.D. No. N/A | Chapter 11<br><br>Case No. 25-90635 (ARP) |

| | | |
|---|---|---|
| In re:<br><br>1340 BOB HOPE DRIVE PARENT, LLC,<br><br>Debtor.<br><br>Tax I.D. No. N/A | :<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 25-90636 (ARP) |
| In re:<br><br>11751 ALAMEDA AVENUE PARENT, LLC,<br><br>Debtor.<br><br>Tax I.D. No. | :<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 25-90637 (ARP) |
| In re:<br><br>UNIT 82 EL PASO OWNER, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-2192399 | :<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 25-90638 (ARP) |
| In re:<br><br>SOUTHWEST ROJAS PARENT, LLC,<br><br>Debtor.<br><br>Tax I.D. No. N/A | :<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 25-90639 (ARP) |
| In re:<br><br>SOUTHWEST ROJAS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. N/A | :<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 25-90640 (ARP) |

**ORDER (I) DIRECTING JOINT ADMINISTRATION**
**OF CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[1] of F-Star Socorro, L.P. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**")[2] for entry of an order (this "**Order**") directing the Debtors' chapter 11 cases to be jointly administered for procedural purposes only and granting related relief, all as more fully set forth in the Motion; and due and sufficient notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Order of Reference to Bankruptcy Judges* from the United States District Court for the Southern District of Texas, entered May 24, 2012; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and this Court's entry of a final order being consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and a hearing having been held to consider the relief requested in the Motion (the "**Hearing**"); and upon the Miller Declaration and the record of the Hearing; and the Court having found and determined the relief requested in the Motion to be in the best interests of the Debtors, their estates and creditors, and any parties in

[1] Capitalized terms used but not defined in this Order have the meanings used in the Motion.

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are F-Star Socorro, L.P. (7438); Five Star Development Properties, LLC (2183); Five Star Development Resort Communities, LLC (1282); Five Star Resort Holdings Parent, LLC (N/A); Five Star Resort Holdings, LLC (N/A); Five Star Resort Mezz, LLC (N/A); Five Star Resort Owner, LLC (4994); Five Star Land Holdings Parent, LLC (N/A); Five Star Land Holdings (AZ), LLC (N/A); Five Star Land Mezz, LLC (N/A); Five Star Land Owner, LLC (N/A); FSPV Mezz C Sub LLC (5233); FSPV Res C, LLC (8745); 11751 Alameda Avenue Owner, LLC (2300); JNY Building Owner, LLC (6282); JNY II Building Owner, LLC (9687); 1340 Bob Hope Drive Owner, LLC (4986); JNY, L.P. (3609); JNY II, L.P. (3041); 5 Star Tech I, L.P. (4020); 5 Star Tech II-1, LP (5916); 5 Star Tech II-4, LP (2357); 5-Star Tech II-2, L.P. (6602); F-Star Socorro Holding Co., LLC (6729); JNY Mezz, LLC (N/A); JNY II Mezz, LLC (N/A); 5 Star Tech I GP, LLC (N/A); 5 Star Tech II-1 GP, LLC (N/A); 5 Star Tech II-4 GP, LLC (N/A); 1340 Bob Hope Drive Parent, LLC (N/A); 11751 Alameda Avenue Parent, LLC (N/A); Unit 82 El Paso Owner, LLC (2399); Southwest Rojas Parent, LLC (N/A); and Southwest Rojas, LLC (N/A). The Debtors' mailing address in these chapter 11 cases is 6720 N. Scottsdale Rd., #130, Scottsdale, AZ 85253.

interest; and the legal and factual bases set forth in the Motion and at the Hearing having established just cause for the relief granted herein; and after due deliberation thereon and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. Each of the above-captioned chapter 11 cases of the Debtors are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 25-90607 in accordance with the provisions of Bankruptcy Rule 1015 and Bankruptcy Local Rule 1015-1.

3. Nothing contained in the Motion or this Order is to be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases.

4. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| F-STAR SOCORRO, L.P., *et al.*[1] | : | Case No. 25-90607 (ARP) |
| Debtors. | : | (Jointly Administered) |

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are F-Star Socorro, L.P. (7438); Five Star Development Properties, LLC (2183); Five Star Development Resort Communities, LLC (1282); Five Star Resort Holdings Parent, LLC (N/A); Five Star Resort Holdings, LLC (N/A); Five Star Resort Mezz, LLC (N/A); Five Star Resort Owner, LLC (4994); Five Star Land Holdings Parent, LLC (N/A); Five Star Land Holdings (AZ), LLC (N/A); Five Star Land Mezz, LLC (N/A); Five Star Land Owner, LLC (N/A); FSPV Mezz C Sub LLC (5233); FSPV Res C, LLC (8745); 11751 Alameda Avenue Owner, LLC (2300); JNY Building Owner, LLC (6282); JNY II Building Owner, LLC (9687); 1340 Bob Hope Drive Owner, LLC (4986); JNY, L.P. (3609); JNY II, L.P. (3041); 5 Star Tech I,

L.P. (4020); 5 Star Tech II-1, LP (5916); 5 Star Tech II-4, LP (2357); 5-Star Tech II-2, L.P. (6602); F-Star Socorro Holding Co., LLC (6729); JNY Mezz, LLC (N/A); JNY II Mezz, LLC (N/A); 5 Star Tech I GP, LLC (N/A); 5 Star Tech II-1 GP, LLC (N/A); 5 Star Tech II-4 GP, LLC (N/A); 1340 Bob Hope Drive Parent, LLC (N/A); 11751 Alameda Avenue Parent, LLC (N/A); Unit 82 El Paso Owner, LLC (2399); Southwest Rojas Parent, LLC (N/A); and Southwest Rojas, LLC (N/A). The Debtors' mailing address in these chapter 11 cases is 6720 N. Scottsdale Rd., #130, Scottsdale, AZ 85253.

5. All pleadings and notices shall be captioned as indicated in the preceding decretal paragraph, and all original docket entries shall be made in the case of F-Star Socorro, L.P., Case No. 25-90607.

6. A docket entry shall be made in each of the Debtors' cases (except that of F-Star) substantially similar to the following:

> An order has been entered in this case consolidating this case with the case of F-Star Socorro, L.P. (Case No. 25-90607) for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 25-90607 should be consulted for all matters affecting this case.

7. The Debtors are directed to include the following footnote to each pleading they file and notice they mail in these cases, listing the Debtors in these chapter 11 cases and the last four numbers of their tax identification numbers along with the Debtors' mailing address only:

> The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are F-Star Socorro, L.P. (7438); Five Star Development Properties, LLC (2183); Five Star Development Resort Communities, LLC (1282); Five Star Resort Holdings Parent, LLC (N/A); Five Star Resort Holdings, LLC (N/A); Five Star Resort Mezz, LLC (N/A); Five Star Resort Owner, LLC (4994); Five Star Land Holdings Parent, LLC (N/A); Five Star Land Holdings (AZ), LLC (N/A); Five Star Land Mezz, LLC (N/A); Five Star Land Owner, LLC (N/A); FSPV Mezz C Sub LLC (5233); FSPV Res C, LLC (8745); 11751 Alameda Avenue Owner, LLC (2300); JNY Building Owner, LLC (6282); JNY II Building Owner, LLC (9687); 1340 Bob Hope Drive Owner, LLC (4986); JNY, L.P. (3609); JNY II, L.P. (3041); 5 Star Tech I, L.P. (4020); 5 Star Tech II-1, LP (5916); 5 Star Tech II-4, LP (2357); 5-Star Tech II-2, L.P. (6602); F-Star Socorro Holding

Co., LLC (6729); JNY Mezz, LLC (N/A); JNY II Mezz, LLC (N/A); 5 Star Tech I GP, LLC (N/A); 5 Star Tech II-1 GP, LLC (N/A); 5 Star Tech II-4 GP, LLC (N/A); 1340 Bob Hope Drive Parent, LLC (N/A); 11751 Alameda Avenue Parent, LLC (N/A); Unit 82 El Paso Owner, LLC (2399); Southwest Rojas Parent, LLC (N/A); and Southwest Rojas, LLC (N/A). The Debtors' mailing address in these chapter 11 cases is 6720 N. Scottsdale Rd., #130, Scottsdale, AZ 85253.

8. The Clerk of the Court shall maintain one file and one docket for the Debtors' chapter 11 cases, which file and docket shall be the file and docket for the chapter 11 case of F-Star Socorro, L.P., Case No. 25-90607

9. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Local Rules and the Complex Case Procedures are satisfied by such notice.

10. The requirements set forth in Bankruptcy Rule 6003(b) are satisfied because the relief set forth in this Order is necessary to avoid immediate and irreparable harm.

11. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

12. The Debtors are authorized and empowered to take all actions necessary or appropriate to effectuate the relief granted in this Order.

13. This Court retains jurisdiction over all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: November 05, 2025

Alfredo R Pérez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 25-90617-arp
Five Star Land Owner, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4 User: ADIuser Page 1 of 1
Date Rcvd: Nov 05, 2025 Form ID: pdf001 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Five Star Land Owner, LLC, 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253-4423 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Nicholas J Hendrix | on behalf of Debtor Five Star Land Owner LLC nhendrix@omm.com, nick-hendrix-5958@ecf.pacerpro.com,nalonso@omm.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 2